WILLIAM KINGSLEY, PETITIONER-PETITIONER, v. CITY OF BAYONNE, *ET ALS.*, RESPONDENTS-RESPONDENTS.

On petition for certification to Appellate Division, Superior Court.

See same case below: 89 *N. J. Super.* 549.

*Mr. Arthur J. Sills* and *Mr. Elias Abelson,* for the petitioner.

*Mr. James P. Dugan,* for the respondent.

May 3, 1966. Denied.

CITY OF JERSEY CITY, PLAINTIFF-RESPONDENT, v. DEPARTMENT OF CIVIL SERVICE, *ET ALS.*, RESPONDENTS-PETITIONERS.

On petition for certification to Appellate Division, Superior Court.

*Messrs. McGlynn, Stein & Eberiel* and *Mr. Max A. Boxer,* for the petitioners.

*Mr. T. James Tumulty,* for the respondent.

May 3, 1966. Denied.

JOHN KUNZLER, *ET ALS.*, PLAINTIFFS-PETITIONERS, v. A. RON HOFFMAN, M. D., *ET ALS.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Appellate Division, Superior Court.

*Messrs. Smith, Stratton, Wise & Heher,* for the petitioners.

*Messrs. Gallanter & Levy,* for the respondent.

May 3, 1966. Granted.